MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
Telephone: 702.262.6899
Facsimile:  702.597.5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Counsel for Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Robert P. Beynon, Larry McNeill, and Thomas L. Wood and Nominal Defendant Cleanspark, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS IRACI, Derivatively on Behalf of CLEANSPARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY K. BRADFORD, LORI L. LOVE, S. MATTHEW SCHULTZ, ROGER P. BEYNON, LARRY MCNEILL, and THOMAS L. WOOD, <br><br> Defendants, <br><br> -and- <br><br> CLEANSPARK, INC., a Nevada Corporation, <br><br> Nominal Defendant. | Case No.: 2:23-cv-00315-JAD-NJK <br><br> (Removal from District Court, Clark County, Nevada, Case No. A-23-866172-C) <br><br> **JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO CONSOLIDATE** <br><br> ECF Nos. 15, 22 |

Plaintiff Nicholas Iraci ("Plaintiff"), derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon (the "Individual Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

/ / /

1

144371366.1

**WHEREAS**, on February 24, 2023, Plaintiff filed a shareholder derivative complaint (the "Complaint") on behalf of Nominal Plaintiff CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County ("State Court"), captioned *Iraci v. Bradford, et al.*, Case No. A-23-866172-C (this "Action"); and

**WHEREAS**, on February 28, 2023, the Defendant S. Matthew Schultz filed a Petition for Removal (Dkt. 1) and Notice of Removal, removing this Action from State Court to the United States District Court for the District of Nevada; and

**WHEREAS**, on March 24, 2023, the Individual Defendants filed a Motion to Consolidate, asking the Court to consolidate this Action into the consolidated shareholder derivative action pending in the United States District Court for the District of Nevada, *In re CleanSpark, Inc. Derivative Litigation*, Case No. 2:21-cv-01181-GMN-BNW (the "Motion to Consolidate") (Dkt. 15); and

**WHEREAS**, on March 30, 2023, Plaintiff filed the Motion to Remand and for Attorney's Fees and Costs, which has been noticed for consideration by the Court in the normal course (the "Motion to Remand") (Dkt. 16); and

**WHEREAS**, Defendants intend to move to dismiss the Complaint in this Action; and

**WHEREAS**, the Parties agree to extend the deadline for Plaintiff to oppose the Motion to Consolidate (Dkt. 15) until on or before April 17, 2023; and

**WHEREAS**, the Parties agree to extend the deadline for Defendants to reply in support of the Motion to Consolidate until on or before April 24, 2023.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Plaintiff's deadline to oppose the Motion to Consolidate is extended until on or before April 17, 2023.

2. Defendants' deadline to reply in support of the Motion to Consolidate is extended until on or before April 24, 2023.

/ / /

/ / /

3. Other than as agreed herein, the Parties reserve all rights.

DATED: April 4, 2023

**FOX ROTHSCHILD LLP**

*/s/ Colleen E. McCarty*
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Counsel for Defendants*

DATED: April 4, 2023

**ALDRICH LAW FIRM, LTD.**

*/s/ John P. Aldrich*
JOHN P. ALDRICH (6877)
CATHERINE HERNANDEZ (8410)
7866 West Sahara Avenue
Las Vegas, Nevada 89117
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: April 5, 2023

3

144371366.1