# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS IRACI,<br><br>    Plaintiff,<br><br>v.<br><br>ZACHARY K. BRADFORD, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00315-JAD-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Neither party identifies their citizenship in their certificate of interested parties. *See* Docket Nos. 2 (Defendants' certificate of interested parties); 25 (Plaintiff's certificate of interested parties).

Accordingly, Plaintiff and Defendants must file amended certificates of interested parties by April 14, 2023, fully identifying the citizenship of any party attributed to them.

IT IS SO ORDERED.

Dated: April 7, 2023

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.