# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS IRACI,<br><br>     Plaintiff,<br><br>v.<br><br>ZACHARY K. BRADFORD, et al.,<br><br>     Defendants. | Case No. 2:23-cv-00315-JAD-NJK<br><br>**Order** |

     To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than May 26, 2023, a joint proposed discovery plan.

     IT IS SO ORDERED.

     Dated: May 19, 2023

                                      _____
Nancy J. Koppe
United States Magistrate Judge